RECEIVED

MAY 0 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

F I L E D
CHARLOTTE, N. C.

APR 2 7 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | *06-20031-01* |
| | ) | **DOCKET NO.** |
| v. | ) | |
| | ) | *3:06CR 100-V* |
| DAVID MORVANT | ) | *Judge Minaldi* |
| | | *Magistrate Judge Wilson* |

**CONSENT TO TRANSFER OF CASE FOR
PLEA AND SENTENCE
(Under Rule 20)**

I, David Morvant, defendant, have been informed that an information will be filed against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Western District of Louisiana in which I reside and to waive venue and trial in the above captioned District.

*4-6-06*
Date

David Morvant (Defendant)

(Witness)

Daniel J. Sanford (Counsel for Defendant)

**APPROVED**

GRETCHEN C.F. SHAPPERT
United States Attorney for the
Western District of North Carolina

DONALD W. WASHINGTON
United States Attorney for the
Western District of Louisiana

Certified to be a true and
correct copy of the original.
U.S. District Court
Frank G. Johns, Clerk
Western District of N.C.
By
Deputy Clerk
Date    4-28-06

UNITED STATES DISTRICT COURT
Office of the Clerk
Western District of North Carolina
Room 210, Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28202

Frank G. Johns
   Clerk

Terry T. Leitner
Chief Deputy Clerk

RECEIVED
BY:
MAY 0 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

(704) 350-7405
fax (704) 344-6703

April 28, 2006

Clerk, U.S. District Court
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71103-3083

06-20031-01
Judge Minaldi
Magistrate Judge Wilson

In RE:  3:06cr100-V
USA vs.  David Morvant
Receiving Court Case Number:_____

Dear Clerk:

Pursuant to the transfer of jurisdiction of the above named defendant, please find enclosed documents:

1. Certified copy of the Information.
2. Certified copy of the Rule 20 Transfer.
3. Certified copy of the Docket Sheet.

Please acknowledge receipt of these documents by returning a copy of this letter, along with your USDC Case Number.

done per dir

Sincerely,
Frank G. Johns, Clerk

By: _____
        Deputy Clerk

cc: USM
     USPO
     USA