CLOSED, VIC/WIT

RECEIVED
BY
MAY 0 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**U.S. District Court**
**Western District of North Carolina (Charlotte)**
**CRIMINAL DOCKET FOR CASE #: 3:06-cr-00100-ALL**
**Internal Use Only**

Case title: USA v. Morvant

Date Filed: 04/27/2006

Assigned to: Richard Voorhees
Referred to: Carl Horn, III

Certified to be a true and
correct copy of the original.
U.S. District Court
Frank G. Johns, Clerk
Western District of N.C.
By [signature]
Deputy Clerk
Date 4-28-06

**Defendant**

**David Morvant** (1)
*TERMINATED: 04/27/2006*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

**Disposition**

Rule 20 transfer to WD-LA

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA

represented by **Corey Frazier Ellis**
U. S. Courthouse
100 Otis Street
Suite 233
Asheville, NC 28801
828/271-4661
Fax: 828/271-4670

Email: corey.ellis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2006 | 1 | Bill of INFORMATION as to David Morvant (1) count(s) 1. (Koechley, Jeanie) (Entered: 04/28/2006) |
| 04/27/2006 | 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Western District of Louisiana Counts closed as to David Morvant (1) Count 1. (Koechley, Jeanie) (Entered: 04/28/2006) |
| 04/27/2006 | | ***Criminal Case Terminated as to David Morvant (Koechley, Jeanie) (Entered: 04/28/2006) |