RECEIVED
IN LAKE CHARLES, LA
NOV 1 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

Date: NOVEMBER 16, 2006
Present:   JUDGE: PATRICIA MINALDI
Court Reporter, Martha Frye
Minute Clerk, Jo Ann Benoit

Court Opened:  2:00 P.M.
Court Adjourned: 2:15 P.M.
Tine in Court: /15

## MINUTES OF COURT

**Check those that apply:**

Criminal Number: 2:06-CR-20031-001      \_\_\_\_\_ Defendant in custody

**Defendant: DAVID MORVANT**      \_\_\_\_\_ Defendant on bond, bond continued

USA Attorney: Stephanie A. Finley      \_\_\_\_\_ Bond set at

Defendant's Attorney: Daniel J. Stanford      \_\_\_\_\_ Bond Canceled

[ ] CJA  ( )FPD  (X) Retained  ( ) Waived      \_\_\_\_\_ Failed to Appear, Warrant Ordered

*************************************************************************************

__X__ Case called for RE- ARRAIGNMENT/GUILTY PLEA on __X__ BILL OF INFO. _____ INDICTMENT
 _____ Bill of Information filed
 __X__ Waiver of Indictment Signed (AO455)
 _____ Indictment ( ) Read ( )Reading Waived

 _____ Plea of **Not Guilty** to
  _____ Days allowed to file defense motions
  _____ Days thereafter allowed for USA to file responses and motions
  _____ **Trial** set for

 _____ Plea of **Nolo Contendere**
 __X__ Plea of **Guilty** to: **Count 1 of the bill of information**
  __X__ Defendant under oath
  __X__ Defendant advised of Rule 11 Rights
  _____ Agent Testified
  __X__ Filed Affidavit of Understanding of Maximum Penalty and Rights
  __X__ Filed Plea Agreement
   (A copy of the bill of information was provided to the defendant in the plea packet)
  __X__ Other filings: **Stipulated Factual Basis for Guilty Plea**
  __X__ Plea of Guilty Accepted and Judgment Rendered
  __X__ PreSentence Report ordered
  __X__ Sentencing Set for **February 22, 2007 at 11:00 a.m.**

The defendant is released on his own recognizance.