# WAIVER OF INDICTMENT

RECEIVED
IN LAKE CHARLES, LA
NOV 16 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-20031 |
| V. | * | JUDGE MINALDI |
| DAVID MORVANT | * | MAGISTRATE JUDGE WILSON |

I, DAVID MORVANT, the above named defendant, who is accused of a violation of Title 18, United States Code, Sections 371 and 2319(b)(1) and Title 17, United States Code, Section 506(a)(1), Conspiracy to Engage in Copyright Infringement, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on the 16th day of November, 2006, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DAVID MORVANT
Defendant

_____
DANIEL J. STANFORD
Attorney at Law
117 Calliouet Place
Lafayette, LA 70501

Before _____
JUDICIAL OFFICER