RECEIVED
IN LAKE CHARLES, LA
NOV 16 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-20031 |
| | * | |
| | * | 17 U.S.C. § 506 |
| | * | 18 U.S.C. § 371 |
| VERSUS | * | 18 U.S.C. § 2319 |
| | * | |
| | * | JUDGE MINALDI |
| | * | |
| DAVID MORVANT | * | MAGISTRATE JUDGE WILSON |

## ELEMENTS OF THE OFFENSE

### 18 U.S.C. § 371
### CONSPIRACY

In order to establish at a trial of this case that you were guilty of a felony violation of this statute, the United States would have to prove the following essential elements of the crime beyond a reasonable doubt:

First: That you and at least one other person made an agreement to commit the crime of criminal infringement of a copyright as charged in the Bill of Information;

Second: That you knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

Third: That you, or one of the other conspirators, during the existence of the conspiracy, knowingly committed at least one of the overt acts described in the Bill of Information, in order to accomplish some object or purpose of the conspiracy.